

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2015

No. 04-15-00284-CR

Kenneth Allen **GOETZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7400W
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file their brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court